IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,
        Plaintiff,

-vs-                                                                No.: 1:22-CV-00743-GBW-LF

UNITED STATES OF AMERICA (UNITED
STATES POSTAL SERVICE), AUTOZONE, INC.
AND JOHN DOE,
        Defendants

<u>DISMISSAL WITHOUT PREJUDICE AS TO AUTOZONE, INC. ONLY</u>

        The Plaintiffs, by and through their counsel, Julia Hosford Barnes, P.C., hereby dismiss this case without prejudice as to AutoZone, Inc only.  AutoZone and State Farm are members of intercompany arbitration.  The matter between them should proceed in that forum first.  However, according to the rules of that forum, if AutoZone raises a defense of fault by another party, such as the United State Postal Service, the claim against AutoZone will then return to this forum.

        Submitted by:

        JULIA HOSFORD BARNES, P.C.

        <u>/s/ Julia Hosford Barnes</u>
        Julia Hosford Barnes
        200 W. De Vargas St., Suite 2
        Santa Fe, New Mexico 87501
        (505) 982-3993
        Jhbnm1@gmail.com
        Attorney for Plaintiff

I certify that a copy of this pleading was emailed to Defendants of record:

On 11/8/22.

*/s/ Julia Hosford Barnes*
Julia Hosford Barnes